# United States Court of Appeals
## For the First Circuit

Nos. 15-2571; 16-1964

VICTOR GARCIA GARCIA,

Petitioner,

v.

JEFFERSON B. SESSIONS, III,
Attorney General of the United States,

Respondent.

ERRATA SHEET

The opinion of this Court, issued on May 3, 2017, is amended as follows:

In the footnote of the cover page, "Fed. R. App. P. 4(c)(2)" is replaced with "Fed. R. App. P. 43(c)(2)"